# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

C.M.J.                                          NO.  2024 CW 0327

VERSUS

L.M.C., WIFE OF C.M.J.                          **APRIL 12, 2024**

---

In Re:    Richard Ducote, Esq., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201113039.

---

BEFORE:    **THERIOT, PENZATO, AND GREENE, JJ.**

**STAY DENIED; WRIT DENIED.**

                        MRT
                        AHP
                        HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT